Filed 10/8/20  P. v. Wheeler CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>DENNIS CHAPMAN WHEELER,<br><br>    Defendant and Appellant. | 2d Crim. No. B303124<br>(Super. Ct. No. 19F-03916)<br>(San Luis Obispo County) |

Dennis Chapman Wheeler appeals the judgment entered after a jury convicted him of second degree robbery (Pen. Code, § 211).  The jury also found true the allegation that appellant personally used a deadly weapon in committing the offense (*id.*, § 12022, subd. (b)(1)).  The trial court sentenced him to five years in state prison.

On May 28, 2019, Smart & Final assistant manager Steven Schaefer observed appellant standing at the meat counter and placing packages of beef into a tote bag.  Schaefer subsequently

saw appellant walk toward the emergency exit in the rear of the store. Appellant then ran out of the emergency exit and onto a staircase leading to the sidewalk outside the store. Schaefer followed appellant out of the emergency exit door and yelled at him to relinquish the meat he had stolen. Appellant turned toward Schaefer, pointed a knife at him, and began walking back towards him. Schaefer took a couple of steps back, put up his hands, and said something to the effect of "Geez, take it then." Appellant turned away from Schaefer, jumped on a bicycle, and rode away. Schafer returned to the store and a customer called 911.

A San Luis Obispo Police Officer responded to the scene, spoke with Schaefer, and reviewed the stored surveillance video footage of the incident. The officer took a photograph of appellant as depicted on the video and sent it to other law enforcement officers. Approximately two hours later, appellant was apprehended approximately two miles away while riding the same bicycle on which he had fled. Appellant was brought to the Smart & Final parking lot, where Schaefer identified him as the perpetrator.

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues. On July 30, 2020, we requested that the court make an independent review under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).

We subsequently advised appellant he had 30 days within which to personally submit any contentions or issues that he wished us to consider. The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende*, *supra*, 25 Cal.3d at p. 441; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


PERREN, J.


We concur:


GILBERT, P. J.


YEGAN, J.

3

Hernaldo J. Baltodano, Judge
Superior Court County of San Luis Obispo
_____


    Earl E. Conway, III, under appointment by the Court of Appeal, for Defendant and Appellant.

    No appearance for Plaintiff and Respondent.